UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jackson National Life Insurance Co., | Civil No. 09-1024 (JMR/FLN) |
| Plaintiff, | |
| v. | **O R D E R** |
| Workman Securities Corp., | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| Gayle Sanderson, | |
| Third-Party Defendant, | |
| and | |
| Thomas M. Petracek, | |
| Intervenor. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 19, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Third-Party Defendant's motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) [#38] is GRANTED in its entirety and Count I of the Third-Party Complaint as it pertains to Gayle Sanderson is DISMISSED WITH PREJUDICE.

DATED: April 6, 2010.  　　　　　　　　s/James M. Rosenbaum
at Minneapolis, Minnesota　　　　　　　JUDGE JAMES M. ROSENBAUM
　　　　　　　　　　　　　　　　　　　　United States District Court